Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                FORM 3

|  |  |
|---|---|
| **COMPANIA VALENCIANA DE ALUMINIO BAUX, S.L.U. AND BANCOLOR BAUX, S.L.U.,** )<br>)<br>)<br>)<br>          **Plaintiffs,** )<br>)<br>               v. )<br>)<br>**UNITED STATES,** )<br>)<br>          **Defendant.** )<br>) | **SUMMONS Ct. No. 23-00259** |

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                              /s/ Mario Toscano
                              Clerk of the Court

1. Plaintiffs in this action are Compania Valenciana de Aluminio Baux, S.L.U. and Bancolor Baux, S.L.U., manufacturers/exporters of the subject merchandise.  Plaintiffs were parties to the proceeding that led to the contested determination as a mandatory respondent and through the submission of arguments in their case brief before the U.S. Department of Commerce.  Plaintiffs, therefore, are interested parties pursuant to 19 U.S.C. § 1677(9)(A) and have standing to bring this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2. Plaintiffs contest certain aspect of the final results of the first antidumping duty administrative review of Common Alloy Aluminum Sheet from Spain made by the U.S. Department of Commerce's International Trade Administration.  The contested final results were published in the Federal Register as *Common Alloy Aluminum Sheet From Spain: Final Results of Antidumping Duty Administrative Review*; 2020–2022, 88 Fed. Reg. 76,722 (Dep't Commerce Nov. 7, 2023) ("*Final Results*").
(Brief description of contested determination)

Form 3-2

3. The *Final Results* were signed on November 1, 2023.
   (Date of determination)

4. The *Final Results* were published in the Federal Register on November 7, 2023.
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Jeffrey S. Grimson
Jeffrey S. Grimson
Kristin H. Mowry
Jill A. Cramer
Sarah M. Wyss
Bryan P. Cenko
Yixin (Cleo) Li
Ronalda G. Smith
Clemence D. Kim
Evan P. Drake
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, Suite 810
Washington, DC 20015
202-688-3610
trade@mowrygrimson.com
*Counsel to Compania Valenciana de Aluminio Baux, S.L.U. and Bancolor Baux, S.L.U.*

Date: December 6, 2023

Form 3-3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0140

General Counsel
U.S. Department of Commerce
14th & Constitution Avenue, NW
Washington, DC 20230

Attorney-in-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Civil Division Room, 12124
1100 L Street, NW
Mail Stop 5875 HCHB
Washington, DC 20530

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)