UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| COMPANIA VALENCIANA DE ALUMINIO BAUX, S.L.U. and BANCOLOR BAUX, S.L.U., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, and <br><br> ALUMINUM ASSOCIATION TRADE ENFORCEMENT WORKING GROUP <br><br> Defendant-Intervenors. | Consol. Court No. 23-00259 |

**ORDER**

Upon consideration of the parties' Joint Status Report and Proposed Briefing Schedule, it is hereby:

**ORDERED** that the briefing of this action shall proceed in accordance with the schedule and word count limitations set forth below:

| Filing | Deadline | Word Limit |
|---|---|---|
| 1. Plaintiffs' USCIT R. 56.2 Motion and Brief | May 14, 2024 | 14,000 |
| 2. Defendant's Response Brief | July 15, 2024 | 14,000 |
| 3. Defendant-Intervenors' Response Brief | August 14, 2024 | 8,000 |
| 4. Plaintiffs' Reply Brief | September 13, 2024 | 7,000 |

| 5. Joint Appendix | September 27, 2024 | N/A |
|---|---|---|
| 6. Motion for Oral Argument | October 4, 2024 | N/A |

Date:      March 11  , 2024                   /s/ Timothy M. Reif     
New York, New York                         Timothy M. Reif, Judge

2