## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| COMPANIA VALENCIANA DE ALUMINIO BAUX, S.L.U., et al., <br><br>     Plaintiffs, <br><br>     v. <br><br> UNITED STATES, <br><br>     Defendant, <br><br>     and <br><br> ALUMINUM ASSOCIATION TRADE ENFORCEMENT WORKING GROUP AND ITS INDIVIDUAL MEMBERS, et al., <br><br>     Defendant-Intervenors. | **Court No. 23-00259** |

### ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Timothy M. Reif, is hereby reassigned to the Honorable Mark A. Barnett.

Dated at New York, New York, this 19th day of December, 2024

            /s/ Mark A. Barnett
            Mark A. Barnett
            Chief Judge